# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Miguel Antonio Castaneda- ) <br> Flores ) <br> Defendant(s) ) | 08CR2277-BTM <br> CRIMINAL NO. 08mj1975 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 10111248 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Rogelio Robles-Garcia
(Arr 6/30/08)

DATED: 7/10/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
           Deputy Clerk