UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Miguel Antonio Castaneda-Flores ) <br> ) <br> Defendant(s) ) <br> ) | 08CR2277-BTM <br> CRIMINAL NO. 08mj1975 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 10111298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Alvaro Gonzalez-Jimenez
(Arr 6/30/08)

DATED: 7/10/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk